**1611-CC00848**

Electronically Filed - St Charles Circuit Div - September 16, 2016 - 11:54 AM

### IN THE MISSOURI CIRCUIT COURT
### FOR THE ELEVENTH JUDICIAL CIRCUIT
### COUNTY OF ST. CHARLES

| | |
|---|---|
| SUZANNE DEGNEN, D.M.D., P.C. d/b/a SUNSET TOWER FAMILY DENTISTRY, <br><br>     Plaintiff, <br><br> v. <br><br> DENTIS USA CORPORATION d/b/a DENTIS USA, <br><br>     Serve: <br>     Kichul Sim, Reg. Agent <br>     6 Centerpointe Dr., Ste. 600 <br>     La Palma, CA 90623 <br><br> ELLIE KIM, <br><br>     (hold service) <br><br> and <br><br> JOHN DOES 1-10. <br><br>     Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )     **JURY TRIAL DEMANDED** |

### CLASS ACTION JUNK-FAX PETITION

Suzanne Degnen, D.M.D., P.C. d/b/a Sunset Tower Family Dentistry brings this junk-fax class action, on behalf of itself and all others similarly situated, against Defendants under the Telephone Consumer Protection Act of 1991, as amended by the Junk Fax Prevention Act of 2005, 47 U.S.C. § 227, and the regulations promulgated thereunder (TCPA).

### PARTIES, JURISDICTION, AND VENUE

1.    Plaintiff Suzanne Degnen, D.M.D., P.C. d/b/a Sunset Tower Family Dentistry is a Missouri corporation with its principal place of business in St.

**EXHIBIT A**

Electronically Filed - St Charles Circuit Div - September 16, 2016 - 11:54 AM

Louis County, Missouri.

2.     Defendant Dentis USA Corporation d/b/a Dentis USA (Dentis) is a California corporation with its principal place of business in La Palma, California.

3.     Dentis is not registered with the Missouri Secretary of State to transact business in Missouri.

4.     Defendant Ellie Kim is an individual who, on information and belief, resides in California.

5.     "Ellie" might not be Defendant Kim's legal first name.

6.     John Does 1-10 are not presently known and will be identified through discovery.

7.     This Court has personal jurisdiction over Defendants under 47 U.S.C. § 227(b)(3), because Defendants sent at least one illegal fax into Missouri, Defendants transact business within this state, Defendants have made contracts within this state, Defendants have committed tortious acts within this state, including conversion of fax recipients' paper, ink, and toner, and/or Defendants otherwise have sufficient minimum contacts with this state.

8.     Venue is proper under Missouri Revised Statutes § 508.010.2.

### THE FAX

9.     On or about October 15, 2015, Defendants, or someone acting on behalf of Defendants, used a telephone facsimile machine, computer, or other device to send to Plaintiff's telephone facsimile machine at (314) 849-1139 an

Electronically Filed - St Charles Circuit Div - September 16, 2016 - 11:54 AM

unsolicited advertisement, a true and accurate copy of which is attached as **Exhibit 1** (Fax).

10.    A smaller copy of the Fax is pasted below:



11.    Plaintiff received the Fax through Plaintiff's facsimile machine.

12.    The Fax constitutes material advertising quality or commercial availability of any property, goods, or services.

Electronically Filed - St Charles Circuit Div - September 16, 2016 - 11:54 AM

13.     On information and belief, Defendants have sent other facsimile transmissions of material advertising the quality or commercial availability of property, goods, or services to Plaintiff and to at least 100 other persons as part of a plan to broadcast fax advertisements, of which the Fax is an example, or, alternatively, the Fax was sent on behalf of Defendants.

14.     On information and belief, Dentis or Kim used a third party fax broadcasting company to send the Fax, because the number in the header of the Fax, 877-551-0570, and the format of the entire header line is akin to those of a faxed advertisement for or from "ALL STATE PAVING AND MAINTENANCE," a copy of which is attached as **Exhibit 2**, and is publically available at http://namify.co/mm/Fax/386.pdf (last visited Sept. 8, 2016).

15.     The website on the Fax, www.SimpleGuideSystem.com, contains a subpage, http://www.simpleguidesystem.com/contact.html (last visited Sept. 8, 2016), **Exhibit 3**, which contains, in part, the following contact information:



4

Electronically Filed - St Charles Circuit Div - September 16, 2016 - 11:54 AM

16.     Defendants approved, authorized and participated in the scheme to broadcast fax advertisements by (a) directing a list to be purchased or assembled, (b) directing and supervising employees or third parties to send the faxes, (c) creating and approving the fax form to be sent, and (d) determining the number and frequency of the facsimile transmissions.

17.     Defendants had a high degree of involvement in, actual notice of, and/or ratified the unlawful fax broadcasting activity and failed to take steps to prevent such facsimile transmissions.

18.     Defendants created, made, and/or ratified the sending of the Fax and other similar or identical facsimile advertisements, which Defendants sent to Plaintiff and to other members of the "Class" as defined below.

19.     The Fax, and the other similar or identical facsimile advertisements, sent by and/or on behalf of Defendants, is part of Defendants' work or operations to market Defendants' products, goods, or services.

20.     The Fax and the other facsimile advertisements constitute material furnished in connection with Defendants' work or operations.

21.     The Fax sent to Plaintiff, and the other facsimile advertisements sent by Defendants, lacked a proper notice informing the recipient of the ability and means to avoid future unsolicited advertisements.

22.     Under the TCPA and 47 C.F.R. § 64.1200(a)(3)(iii), the opt-out notice required for all facsimile advertisements must meet the following criteria:

(A)     The notice is clear and conspicuous and on the first page of the advertisement;

Electronically Filed - St Charles Circuit Div - September 16, 2016 - 11:54 AM

(B)   The notice states that the recipient may make a request to the sender of the advertisement not to send any future advertisements to a telephone facsimile machine or machines and that failure to comply, within 30 days, with such a request meeting the requirements under paragraph (a)(4)(v) of this section is unlawful;

(C)   The notice sets forth the requirements for an opt-out request under paragraph (a)(4)(v) of this section

(D)   The notice includes—

(1)   A domestic contact telephone number and facsimile machine number for the recipient to transmit such a request to the sender; and

(2)   If neither the required telephone number nor facsimile machine number is a toll-free number, a separate cost-free mechanism including a Web site address or e-mail address, for a recipient to transmit a request pursuant to such notice to the sender of the advertisement. A local telephone number also shall constitute a cost-free mechanism so long as recipients are local and will not incur any long distance or other separate charges for calls made to such number; and

(E)   The telephone and facsimile numbers and cost-free mechanism identified in the notice must permit an individual or business to make an opt-out request 24 hours a day, 7 days a week.

23.   Senders of fax ads must include certain information in an opt-out notice on the fax, even if the recipient previously agreed to receive fax ads from such senders. *See* 47 C.F.R. § 64.1200(a)(4)(iv).

24.   Senders of fax ads must fully comply with the opt-out notice requirements of 47 C.F.R. § 64.1200(a)(4)(iii).

25.   The Fax and Defendants' similar facsimile advertisements lacked a notice stating that the recipient may make a request to the sender of the advertisement not to send future advertisements to a telephone facsimile

Electronically Filed - St Charles Circuit Div - September 16, 2016 - 11:54 AM

machine or machines and that failure to comply, within 30 days, with such a request meeting 47 C.F.R. § 64.1200(a)(4)(v)'s requirements is unlawful.

26.    The transmissions of facsimile advertisements, including the Fax, to Plaintiff, lacked a notice that complied with 47 U.S.C. § 227(b)(1)(C) and 47 C.F.R. § 64.1200(a)(4)(iii).

27.    On information and belief, Defendants faxed the same or other substantially similar facsimile advertisements to the members of the Class in Missouri and throughout the United States without first obtaining the recipients' prior express invitation or permission.

28.    Defendants violated the TCPA by transmitting the Fax to Plaintiff and to the Class members without obtaining their prior express invitation or permission and by not displaying the proper opt-out notice required by 47 C.F.R. § 64.1200(a)(4).

29.    Defendants knew or should have known that (a) facsimile advertisements, including the Fax, were advertisements, (b) Plaintiff and the other Class members had not given their prior invitation or permission to receive facsimile advertisements, (c) no established business relationship existed with Plaintiff and the other Class members, and (d) Defendants' facsimile advertisements did not display a proper opt-out notice.

30.    Defendants failed to determine correctly the legal restrictions on the use of facsimile transmissions and the application of those restrictions to facsimile advertisements, including the Fax, both to Plaintiff and the Class.

Electronically Filed - St Charles Circuit Div - September 16, 2016 - 11:54 AM

31.    Pleading in the alternative to the allegations that Defendants knowingly violated the TCPA, Plaintiff alleges that Defendants did not intend to send transmissions of facsimile advertisements, including the Fax, to any person where such transmission was not authorized by law or by the recipient, and to the extent that any transmissions of facsimile advertisement was sent to any person and such transmission was not authorized by law or by the recipient, such transmission was made based on either Defendants' own understanding of the law and/or based on the representations of others on which Defendants reasonably relied.

32.    The transmissions of facsimile advertisements, including the Fax, to Plaintiff and the Class caused concrete and personalized injury, including unwanted use and destruction of their property, e.g., toner or ink and paper, caused undesired wear on hardware, interfered with the recipients' exclusive use of their property, occupied their fax machines for the period of time required for the electronic transmission of the data, and interfered with their business and/or personal communications and privacy interests.

## CLASS ACTION ALLEGATIONS

33.    Plaintiff brings this class action on behalf of the following class of persons, hereafter, the "Class":

> All persons in the United States who on or after four years prior to the filing of this action, (1) were sent by or on behalf of Defendants a telephone facsimile message of material advertising the commercial availability or quality of any property, goods, or services, (2) with respect to whom Defendants cannot provide evidence of prior express invitation or permission for the sending of such faxes, and (3) either (a) with whom Defendants did not have an established business relationship, or (b) the fax identified in

8

Electronically Filed - St Charles Circuit Div - September 16, 2016 - 11:54 AM

subpart (1) of this definition (i) did not display a clear and conspicuous opt-out notice on the first page stating that the recipient may make a request to the sender of the advertisement not to send any future advertisements to a telephone facsimile machine or machines and that failure to comply, within 30 days, with such a request meeting the requirements under 47 C.F.R. § 64.1200(a)(4)(v) is unlawful or (ii) lacked a telephone number for sending the opt-out request.

34.    Excluded from the Class are Defendants, their employees, agents, and members of the judiciary.

35.    This case is appropriate as a class action because:

a.    <u>Numerosity.</u>  On information and belief, based in part on review of the sophisticated Fax and online research, the Class includes at least 100 persons and is so numerous that joinder of all members is impracticable.

b.    <u>Commonality.</u>   Questions of fact or law common to the Class predominate over questions affecting only individual Class members, e.g.:

    i.    Whether Defendants engaged in a pattern of sending unsolicited fax advertisements;

    ii.    Whether the Fax, and other faxes transmitted by or on behalf of Defendants, contains material advertising the commercial availability of any property, goods or services;

    iii.    Whether the Fax, and other faxes transmitted by or on behalf of Defendants, contains material advertising the quality of any property, goods or services;

    iv.    The manner and method Defendants used to compile or obtain the list of fax numbers to which Defendants sent the Fax and other unsolicited faxed advertisements;

    v.    Whether Defendants faxed advertisements without first obtaining the recipients' prior express invitation or permission;

    vi.    Whether Defendants violated 47 U.S.C. § 227;

    vii.    Whether Defendants willingly or knowingly violated 47 U.S.C. § 227;

    viii.    Whether Defendants violated 47 C.F.R. § 64.1200;

Electronically Filed - St Charles Circuit Div - September 16, 2016 - 11:54 AM

ix.   Whether the Fax, and the other fax advertisements sent by or on behalf of Defendants, displayed the proper opt-out notice required by 47 C.F.R. § 64.1200(a)(4);

x.    Whether the Court should award statutory damages per TCPA violation per fax;

xi.   Whether the Court should award treble damages per TCPA violation per fax; and

xii.  Whether the Court should enjoin Defendants from sending TCPA-violating facsimile advertisements in the future.

c.    <u>Typicality.</u>  Plaintiff's claim is typical of the other Class members' claims, because, on information and belief, the Fax was substantially the same as the faxes sent by or on behalf of Defendants to the Class, and Plaintiff is making the same claim and seeking the same relief for itself and all Class members based on the same statute and regulation.

d.    <u>Adequacy.</u>  Plaintiff will fairly and adequately protect the interests of the other Class members.  Plaintiff's counsel is experienced in class actions and TCPA claims, having filed more than 40 TCPA class actions and having been appointed lead counsel in TCPA class actions.  Neither Plaintiff nor Plaintiff's counsel has interests adverse or in conflict with the absent Class members.

e.    <u>Superiority.</u>  A class action is the superior method for adjudicating this controversy fairly and efficiently. The interest of each individual Class member in controlling the prosecution of separate claims is small and individual actions are not economically feasible.

Electronically Filed - St Charles Circuit Div - September 16, 2016 - 11:54 AM

36.    The TCPA prohibits the "use of any telephone facsimile machine, computer or other device to send an unsolicited advertisement to a telephone facsimile machine." 47 U.S.C. § 227(b)(1).

37.    The TCPA defines "unsolicited advertisement," as "any material advertising the commercial availability or quality of any property, goods, or services which is transmitted to any person without that person's express invitation or permission." 47 U.S.C. § 227(a)(4).

38.    The TCPA provides:

Private right of action.  A person may, if otherwise permitted by the laws or rules of court of a state, bring in an appropriate court of that state:

(A)    An action based on a violation of this subsection or the regulations prescribed under this subsection to enjoin such violation,

(B)    An action to recover for actual monetary loss from such a violation, or to receive $500 in damages for each such violation, whichever is greater, or

(C)    Both such actions.

47 U.S.C. § 227(b)(3)(A)-(C).

39.    The TCPA also provides that the Court, in its discretion, may treble the statutory damages if a defendant "willfully or knowingly" violated Section 227(b) or the regulations prescribed thereunder.

40.    "A facsimile broadcaster will be liable for violations of [Section 64.1200(a)(4)]. . . , including the inclusion of opt-out notices on unsolicited advertisements, if it demonstrates a high degree of involvement in, or actual

Electronically Filed - St Charles Circuit Div - September 16, 2016 - 11:54 AM

notice of, the unlawful activity and fails to take steps to prevent such facsimile transmissions." 47 C.F.R. § 64.1200(a)(4)(vii).

41.    Because the TCPA is essentially a strict liability statute; Defendants are liable to Plaintiff and the Class even if Defendants only acted negligently.

42.    Defendants' actions caused concrete and particularized harm to Plaintiff and the Class, as

a.    receiving Defendants' faxed advertisements caused the recipients to lose paper and toner consumed in printing Defendants' faxes;

b.    Defendants' actions interfered with the recipients' use of the recipients' fax machines and telephone lines;

c.    Defendants' faxes cost the recipients time, which was wasted time receiving, reviewing, and routing the unlawful faxes, and such time otherwise would have been spent on business activities; and

d.    Defendants' faxes unlawfully interrupted the recipients' privacy interests in being left alone.

43.    Defendants intended to cause damage to Plaintiff and the Class, to violate their privacy, to interfere with the recipients' fax machines, or to consume the recipients' valuable time with Defendants' advertisements; therefore, treble damages are warranted under 47 U.S.C. § 227(b)(3).

44.    Defendants knew or should have known that (a) Plaintiff and the other Class members had not given express invitation or permission for Defendants or anyone else to fax advertisements about Defendants' property,

Electronically Filed - St Charles Circuit Div - September 16, 2016 - 11:54 AM

goods, or services, (b) Defendants did not have an established business relationship with Plaintiff and the other Class members, (c) the Fax and the other facsimile advertisements were advertisements, and (d) the Fax and the other facsimile advertisements did not display the proper opt-out notice.

45.    Defendants violated the TCPA by transmitting the Fax to Plaintiff and substantially similar facsimile advertisements to the other Class members without obtaining their prior express invitation or permission and by not displaying the proper opt-out notice required by 47 C.F.R. § 64.1200(a)(4)(iii).

WHEREFORE, Plaintiff, individually and on behalf of all others similarly situated, demands judgment in its favor and against all Defendants, jointly and severally, as follows:

a.    certify this action as a class action and appoint Plaintiff as Class representative;

b.    appoint the undersigned counsel as Class counsel;

c.    award damages of $500 per TCPA violation per facsimile pursuant to 47 U.S.C. § 227(a)(3)(B);

d.    award treble damages up to $1,500 per TCPA violation per facsimile pursuant to 47 U.S.C. § 227(a)(3);

e.    enjoin Defendants and their contractors, agents, and employees from continuing to send TCPA-violating facsimiles pursuant to 47 U.S.C. § 227(a)(3)(A);

f.    award class counsel reasonable attorneys' fees and all expenses of this action and require Defendants to pay the costs and expenses of class notice and claim administration;

g.    award Plaintiff an incentive award based upon its time expended on behalf of the Class and other relevant factors;

h.    award Plaintiff prejudgment interest and costs; and

i.    grant Plaintiff all other relief deemed just and proper.

Electronically Filed - St Charles Circuit Div - September 16, 2016 - 11:54 AM

**DOCUMENT PRESERVATION DEMAND**

Plaintiff demands that Defendants take affirmative steps to preserve all records, lists, electronic databases, or other itemization of telephone or fax numbers associated with the Defendants and the communication or transmittal of advertisements as alleged herein.

SCHULTZ & ASSOCIATES LLP

By: /s/ Ronald J. Eisenberg
Ronald J. Eisenberg, #48674
640 Cepi Drive, Suite A
Chesterfield, MO 63005
636-537-4645
Fax:  636-537-2599
reisenberg@sl-lawyers.com

*Attorney for Plaintiff*

1611-CC00848

Electronically Filed - St Charles Circuit Div - September 16, 2016 - 11:54 AM

## Top of the Line Implant Restorative Option

We are offering **50 FREE Custom Abutments** to referring doctors in your area!

Limited up to one implant case & up to three abutments per case.

**As our courtesy to new surgeons in your area we have agreed to sponsor the first 50 abutments for the new referring doctors.**

Please call or email us to receive the contact information for our surgeon in your area.



# LIMITED TIME OFFER FOR YOUR HIGH QUALITY IMPLANT DENTISTRY!

## Just $450 to Complete One Implant Case

*Implant, Healing Abutments, Impression Coping*
*CAD/CAM Abutments, Monolithic Crown*
### All Included!

**(Complimentary Live Patient Surgical Training** with minimum of 50 cases)

Learn how to Perfect Implant Placement at **www.SimpleGuideSystem.com**

Basic to Advanced **we are catering every doctors** to master Implant Dentistry with **Localized Live Patient** Surgical Training!

**3 Days Live Patient Surgical Course Available Now**
2015 October 24th~26th or December 18th~20th
**2:1 ratio of students to instructors!**

Please contact **Ellie** for more information (385) 800-1322 or FREECADCAM@gmail.com

For toll free list removal, please fax back to 888-229-2704.  Allow 72 hours.  If busy, please try again later.  Thank you.

Ex. 1

Case: 4:17-cv-00292-PLC    Doc. #: 1-3    Filed: 01/26/17    Page: 16 of 38 PageID #: 23

**1611-CC00848**

Electronically Filed - St Charles Circuit Div - September 16, 2016 - 11:54 AM

# ALL STATE
# PAVING & MAINTENANCE

## COMMERCIAL*RESIDENTIAL*INDUSTRIAL

## CALL TODAY FOR A FREE NO OBLIGATION WRITTEN ESTIMATE
## SERVING THE ENTIRE STATE OF UTAH FOR OVER 20 YEARS!
## LICENSED AND INSURANCE

# (801) 556-6493

*HOT ASPHALT PATCHING

*ASPHALT SEAL COATING

*SLURRY COATING

*POT HOLE REPAIR

*ASPHALT OVERLAYS

*NEW ASPHALT DRIVEWAYS/PARKING LOTS

*CRACK FILLING

*LINE STRIPING

*OIL STAIN REMOVAL

*CONCRETE REPAIR

*CONCRETE COATINGS

.......AND MUCH MORE!

## END OF THE SEASON SPECIAL!!!
## HIRE US BEFORE MONDAY 09/21/2015 AND RECEIVE

# $500 OFF!

If you'd like to be taken off our list please email to: **dnf2015@muchomail.com**
Just put your fax number in the heading line.  Removal fax: 877-551-0570.  Thank you.

Ex. 2

Case: 4:17-cv-00292-PLC     Doc. #:  1-3     Filed: 01/26/17     Page: 17 of 38 PageID #: 24

1611-CC00848

Electronically Filed - St Charles Circuit Div - September 16, 2016 - 11:54 AM

 **(/)**

# Contact Us

Coming Soon

Ex. 3

Case: 4:17-cv-00292-PLC     Doc. #: 1-3     Filed: 01/26/17     Page: 18 of 38 PageID #: 25

# Please let us know if you have any questions.

**Name** *

First

Last

**Email** *

**Comment** *

Submit

Electronically Filed - St Charles Circuit Div - September 16, 2016 - 11:54 AM

Case: 4:17-cv-00292-PLC    Doc. #: 1-3    Filed: 01/26/17    Page: 19 of 38 PageID #: 26

Electronically Filed - St Charles Circuit Div - September 16, 2016 - 11:54 AM



(http://faceplatingaoolcapinocomail.com)

Case: 4:17-cv-00292-PLC     Doc. #:  1-3     Filed: 01/26/17     Page: 20 of 38 PageID #: 27

Electronically Filed - St Charles Circuit Div - September 16, 2016 - 11:54 AM



Map data @2016 Google

# Simple Guide Milling Center #1

6 Centerpointe Dr. Suite 600,
La Palma, CA 90623



Map data @2016 Google

# Simple Guide Milling Center #2

Coming Soon
Renton, WA 98057



Map data @2016 Google

# Simple Guide Milling Center #3

14016 Suite B Sullyfield Circle, Chantilly, VA 20151

Case: 4:17-cv-00292-PLC     Doc. #: 1-3     Filed: 01/26/17     Page: 21 of 38 PageID #: 28

# Thank you for your interest in Simple Guide System!

(http://facebook/twitter/mailto:info@gmail.com)

## Hours

M-F: 7am - 9pm

## Telephone

916-213-5558

## Email

info@gdia.com

Electronically Filed - St Charles Circuit Div - September 16, 2016 - 11:54 AM



# IN THE 11TH JUDICIAL CIRCUIT COURT, ST. CHARLES COUNTY, MISSOURI

| Judge or Division:<br>JON A. CUNNINGHAM | Case Number:  1611-CC00848 |
|---|---|
| Plaintiff/Petitioner:<br> SUZANNE DEGNEN DMD PC<br> DBA:   SUNSET TOWER FAMILY DENTISTRY<br><div align=right>vs.</div> | Plaintiff's/Petitioner's Attorney/Address<br>RONALD JAY EISENBERG<br>640 CEPI DRIVE SUITE A<br>CHESTERFIELD, MO  63005 |
| Defendant/Respondent:<br> DENTIS USA CORPORATION<br> DBA:  DENTIS USA | Court Address:<br>300 N 2nd STREET<br>SAINT CHARLES, MO  63301 |
| Nature of Suit:<br>CC Injunction | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to:  **DENTIS USA CORPORATION**
**Alias:**
**DBA:  DENTIS USA**

**KICHUL SIM, REG. AGENT**
**6 CENTERPOINTE DR., STE. 600**
**LA PALMA, CA  90623**

*COURT SEAL OF*

*ST. CHARLES COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service.  If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

| 9/19/2016 | /S/  Judy Zerr |
|---|---|
| Date | Clerk |

Further Information:

### Sheriff's or Server's Return

Note to serving officer:  Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by:  (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name) _____ (title).

☐ other _____

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

| _____ | _____ |
|---|---|
| Printed Name of Sheriff or Server | Signature of Sheriff or Server |

**Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*

Subscribed and sworn to before me on _____ (date).

My commission expires: _____    _____

<div align=center>Date         Notary Public</div>

| **Sheriff's Fees** | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $_____10.00_____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.



# IN THE 11TH JUDICIAL CIRCUIT COURT, ST. CHARLES COUNTY, MISSOURI

| Judge or Division:<br>JON A. CUNNINGHAM | Case Number:  1611-CC00848 |
|---|---|
| Plaintiff/Petitioner:<br><br> SUZANNE DEGNEN DMD PC<br>DBA:   SUNSET TOWER FAMILY DENTISTRY<br><div align="right">vs.</div> | Plaintiff's/Petitioner's Attorney/Address<br>RONALD JAY EISENBERG<br>640 CEPI DRIVE SUITE A<br>CHESTERFIELD, MO  63005 |
| Defendant/Respondent:<br> DENTIS USA CORPORATION<br>DBA:  DENTIS USA | Court Address:<br>300 N 2nd STREET<br>SAINT CHARLES, MO  63301 |
| Nature of Suit:<br>CC Injunction | (Date File Stamp) |

## Summons in Civil Case

**The State of Missouri to:  JOHN DOES 1-10**
**Alias:**

UNKNOWN
UNKNOWN, CA  00000

*COURT SEAL OF*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service.  If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

| _____9/19/2016_____ | _____/S/  Judy Zerr_____ |
|---|---|
| Date | Clerk |

*ST. CHARLES COUNTY*

Further Information:

---

### Sheriff's or Server's Return

**Note to serving officer:**  Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by:  (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name) _____ (title).

☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

| _____ | _____ |
|---|---|
| Printed Name of Sheriff or Server | Signature of Sheriff or Server |

**Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*

Subscribed and sworn to before me on _____ (date).

My commission expires: _____    _____

<table>
<tr><td></td><td>Date</td><td>Notary Public</td></tr>
</table>

---

**Sheriff's Fees**

| Summons | $_____ |
|---|---|
| Non Est | $_____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $   10.00 |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.

STATE OF MISSOURI                          )
                                           )  ss.
ST. CHARLES COUNTY, MISSOURI               )

IN THE CIRCUIT COURT OF ST. CHARLES COUNTY, MISSOURI

**NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES**

Pursuant to Missouri Supreme Court Rule 17, the Circuit Court of St. Charles County, Missouri (Eleventh Judicial Circuit) has adopted a local rule to encourage voluntary alternative dispute resolution. The purpose of the rule and the program it establishes is to foster timely, economical, fair and voluntary settlements of lawsuits without delaying or interfering with a party's right to resolve a lawsuit by trial.

This program applies to all civil actions other than cases in the small claims, probate and family court divisions of the Circuit Court, and you are hereby notified that it is available to you in this case.

The program encourages the voluntary early resolution of disputes through mediation. Mediation is an informal non-binding alternative dispute resolution process in which a trained mediator facilitates discussions and negotiations among the parties to help them resolve their dispute. The mediator is impartial and has no authority to render a decision or impose a resolution on the parties. During the course of the mediation, the mediator may meet with the parties together and separately to discuss the dispute, to explore the parties' interests, and to stimulate ideas for resolution of the dispute.

A list of mediators approved by the court and information regarding their qualifications is kept by the Circuit Clerk's Office. If all parties to the suit agree to mediation, within ten days after they have filed the Consent to Mediation Form on the reverse side of this page with the Clerk of the Court, they shall jointly select from that list a mediator who is willing and available to serve. If the parties cannot agree upon the mediator to be selected, the Court will make the selection.

The full text of the Circuit Court's local court rules, including Rule 38 Alternative Dispute Resolution, is available from the Clerk of the Circuit Court or at: http://www.courts.mo.gov/hosted/circuit11/Documents/LOCAL_COURT_RULES.pdf

A copy of this Notice is to be provided by the Clerk of the Circuit Court to each of the parties initiating the suit at the time it is filed, and a copy is to be served on each other party in the suit with the summons and petition served on that party.

STATE OF MISSOURI                           )
                                            )  ss.
ST. CHARLES COUNTY, MISSOURI                )

IN THE CIRCUIT COURT OF ST. CHARLES COUNTY, MISSOURI

_____  )
                    Plaintiff(s),  )
                                   )
vs.                                )           Cause #_____
                                   )
_____  )
                    Defendant(s).  )

## CONSENT TO MEDIATION FORM

  I, the undersigned counsel of record in this case, hereby certify that I have discussed the subject of mediation under the Court's Alternative Dispute Resolution Program with my client(s) in this case and that:

_____  We believe that mediation would be helpful in this case and consent to the referral of the case to mediation upon the filing of similar consents by all other parties in the case.

_____  We do not consent to the referral of this case to mediation.

             _____
             Signature

             _____
             (Print Name)

             Attorney for:

             _____
             (Party or Parties)

Date: _____

Electronically Filed - St Charles Circuit Div - September 19, 2016 - 11:04 AM

**IN THE MISSOURI CIRCUIT COURT**
**FOR THE ELEVENTH JUDICIAL CIRCUIT**
**COUNTY OF ST. CHARLES**

| | | |
|---|---|---|
| **SUZANNE DEGNEN, D.M.D., P.C.** | ) | |
| **d/b/a SUNSET TOWER FAMILY** | ) | **Case No. 1611-CC00848** |
| **DENTISTRY,** | ) | |
| | ) | **Div. 5** |
| **Plaintiff,** | ) | |
| **v.** | ) | |
| | ) | |
| **DENTIS USA CORPORATION** | ) | |
| **d/b/a DENTIS USA, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**PLAINTIFF'S MOTION FOR EXTENSION TO TIME TO SERVE**
**DEFENDANTS DENTIS USA CORPORATION**

Plaintiff Connector Castings, Inc., pursuant to Missouri Supreme Court Rule 54.21, requests that the deadline for service of the summons and petition on Defendant be extended to 90 days from issuance of the summons on September 19, 2016, in order to allow sufficient time to obtain service on Defendant, which resides outside of Missouri.

Plaintiff is mailing a Civil Procedure Form 4B Notice, in accordance with Missouri Supreme Court Rule 54.16, requesting that Defendant voluntarily acknowledge service by mail.  Rule 54.16 grants the recipient 30 days to complete and return the Form 4

The new service deadline would be December 18, 2016.

SO ORDERED THIS ____ DAY OF SEPTEMBER, 2016

_____

Jon A. Cunningham, Circuit Judge

1

Electronically Filed - St Charles Circuit Div - September 19, 2016 - 11:04 AM

SCHULTZ & ASSOCIATES LLP


By: /s/ Ronald J. Eisenberg
    Ronald J. Eisenberg, #48674
    640 Cepi Drive, Suite A
    Chesterfield, MO 63005
    636-537-4645
    Fax: 636-537-2599
    reisenberg@sl-lawyers.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

The above-signed certifies that on September 19, 2016, this document was eFiled.

2

Electronically Filed - St Charles Circuit Div - September 19, 2016 - 11:04 AM

## IN THE MISSOURI CIRCUIT COURT
## FOR THE ELEVENTH JUDICIAL CIRCUIT
## COUNTY OF ST. CHARLES

| | |
|---|---|
| SUZANNE DEGNEN, D.M.D., P.C. d/b/a SUNSET TOWER FAMILY DENTISTRY, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| DENTIS USA CORPORATION d/b/a DENTIS USA, et al., | ) ) ) |
| Defendants. | ) |

Case No. 1611-CC00848

Div. 5

**FILED**

SEP 2 1 2016

JUDY ZERR
CIRCUIT CLERK
ST. CHARLES CO.

### PLAINTIFF'S MOTION FOR EXTENSION TO TIME TO SERVE
### DEFENDANTS DENTIS USA CORPORATION

Plaintiff Connector Castings, Inc., pursuant to Missouri Supreme Court Rule 54.21, requests that the deadline for service of the summons and petition on Defendant be extended to 90 days from issuance of the summons on September 19, 2016, in order to allow sufficient time to obtain service on Defendant, which resides outside of Missouri.

Plaintiff is mailing a Civil Procedure Form 4B Notice, in accordance with Missouri Supreme Court Rule 54.16, requesting that Defendant voluntarily acknowledge service by mail. Rule 54.16 grants the recipient 30 days to complete and return the Form 4

The new service deadline would be December 18, 2016.

SO ORDERED THIS 20TH DAY OF SEPTEMBER, 2016

Jon A. Cunningham, Circuit Judge

1



# IN THE 11TH JUDICIAL CIRCUIT COURT, ST. CHARLES COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>JON A. CUNNINGHAM | Case Number: 1611-CC00848 |
| Plaintiff/Petitioner:<br> SUZANNE DEGNEN DMD PC<br>DBA:  SUNSET TOWER FAMILY DENTISTRY<br><p align=right>vs.</p> | Plaintiff's/Petitioner's Attorney/Address<br>RONALD JAY EISENBERG<br>640 CEPI DRIVE SUITE A<br>CHESTERFIELD, MO  63005 |
| Defendant/Respondent:<br> DENTIS USA CORPORATION<br>DBA:  DENTIS USA | Court Address:<br>300 N 2nd STREET<br>SAINT CHARLES, MO  63301 |
| Nature of Suit:<br>CC Injunction | |
| | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to:  **DENTIS USA CORPORATION**
                  **Alias:**
                  **DBA:  DENTIS USA**

**KICHUL SIM, REG. AGENT**
**6 CENTERPOINTE DR., STE. 600**
**LA PALMA, CA  90623**

*COURT SEAL OF*

*ST. CHARLES COUNTY*

      You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

| _____9/19/2016_____ | _____/S/ Judy Zerr_____ |
|---|---|
| Date | Clerk |

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:**  Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by:  (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name) _____ (title).

☐ other _____ non-est 12/6/16 _____.

Served at _____ (address).

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

| _____ | _____ |
|---|---|
| Printed Name of Sheriff or Server | Signature of Sheriff or Server |

      **Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*      Subscribed and sworn to before me on _____ (date).

My commission expires: _____  _____

                                Date                                    Notary Public

| **Sheriff's Fees** | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $\_\_\_\_10.00\_\_\_\_ |
| Mileage | $_____ (\_\_\_\_ miles @ $.\_\_\_\_\_ per mile) |
| **Total** | $_____ |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.



# IN THE 11TH JUDICIAL CIRCUIT COURT, ST. CHARLES COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>JON A. CUNNINGHAM | Case Number: 1611-CC00848 |
| Plaintiff/Petitioner:<br>SUZANNE DEGNEN DMD PC<br>DBA:  SUNSET TOWER FAMILY DENTISTRY<br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>RONALD JAY EISENBERG<br>640 CEPI DRIVE SUITE A<br>CHESTERFIELD, MO 63005 |
| Defendant/Respondent:<br>DENTIS USA CORPORATION<br>DBA:  DENTIS USA | Court Address:<br>300 N 2nd STREET<br>SAINT CHARLES, MO 63301 |
| Nature of Suit:<br>CC Injunction | |
| | (Date File Stamp) |

## Summons in Civil Case

| | |
|---|---|
| The State of Missouri to:  JOHN DOES 1-10<br>Alias: | |

UNKNOWN
UNKNOWN, CA 00000

**COURT SEAL OF**

**ST. CHARLES COUNTY**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

_____9/19/2016_____          _____/S/ Judy Zerr_____
Date                                                                        Clerk

Further Information:

---

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____a person of the Defendant's/Respondent's family over the age of 15 years.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name) _____ (title).

☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
Printed Name of Sheriff or Server                                Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*

Subscribed and sworn to before me on _____ (date).

My commission expires: _____          _____
Date                                                                Notary Public

---

| Sheriff's Fees | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $____10.00____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| Total | $_____ |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

---





# IN THE 11TH JUDICIAL CIRCUIT COURT, ST. CHARLES COUNTY, MISSOURI

Electronically Filed - St Charles Circuit Div - December 07, 2016 - 08:34 PM

| | |
|---|---|
| Judge or Division:<br>JON A. CUNNINGHAM | Case Number:  1611-CC00848 |
| Plaintiff/Petitioner:<br> SUZANNE DEGNEN DMD PC<br>DBA:   SUNSET TOWER FAMILY DENTISTRY<br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>RONALD JAY EISENBERG<br>640 CEPI DRIVE SUITE A<br>CHESTERFIELD, MO  63005 |
| Defendant/Respondent:<br> DENTIS USA CORPORATION<br>DBA:   DENTIS USA | Court Address:<br>300 N 2nd STREET<br>SAINT CHARLES, MO  63301 |
| Nature of Suit:<br>CC Injunction | (Date File Stamp) |

## Summons in Civil Case

**The State of Missouri to:** **DENTIS USA CORPORATION**
**Alias:**
**DBA:  DENTIS USA**

**KICHUL SIM, REG. AGENT**
**6 CENTERPOINTE DR., STE. 600**
**LA PALMA, CA  90623**

*COURT SEAL OF*

*ST. CHARLES COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service.  If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

| | |
|---|---|
| 9/19/2016 | /S/  Judy Zerr |
| Date | Clerk |

Further Information:

---

### Sheriff's or Server's Return

**Note to serving officer:**  Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by:  (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name) _____ (title).

☐ other _____ non-est 12/6/16 _____

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

| | |
|---|---|
| Printed Name of Sheriff or Server | Signature of Sheriff or Server |

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____   _____

| | |
|---|---|
| Date | Notary Public |

---

| Sheriff's Fees | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $_____10.00_____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.



# IN THE 11TH JUDICIAL CIRCUIT COURT, ST. CHARLES COUNTY, MISSOURI

Electronically Filed - St Charles Circuit Div - December 07, 2016 - 08:34 PM

| Judge or Division:<br>JON A. CUNNINGHAM | Case Number:  1611-CC00848 |
|---|---|
| Plaintiff/Petitioner:<br><br> SUZANNE DEGNEN DMD PC<br>DBA:   SUNSET TOWER FAMILY DENTISTRY<br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>RONALD JAY EISENBERG<br>640 CEPI DRIVE SUITE A<br>CHESTERFIELD, MO  63005 |
| Defendant/Respondent:<br> DENTIS USA CORPORATION<br>DBA:   DENTIS USA | Court Address:<br>300 N 2nd STREET<br>SAINT CHARLES, MO  63301 |
| Nature of Suit:<br>CC Injunction | (Date File Stamp) |

## Summons in Civil Case

| The State of Missouri to: | JOHN DOES 1-10 |
|---|---|
| | Alias: |

UNKNOWN
UNKNOWN, CA  00000

***COURT SEAL OF***

*(court seal image)*

***ST. CHARLES COUNTY***

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service.  If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

_____9/19/2016_____          _____/S/  Judy Zerr_____
Date                                                                          Clerk

Further Information:

---

### Sheriff's or Server's Return

**Note to serving officer:**  Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by:  (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name) _____(title).

☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____                    _____
Printed Name of Sheriff or Server                                      Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*         Subscribed and sworn to before me on _____ (date).

My commission expires: _____    _____
Date                                              Notary Public

---

| **Sheriff's Fees** | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $_____10.00_____ |
| Mileage | $_____  (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.

Electronically Filed - St Charles Circuit Div - December 07, 2016 - 08:34 PM



**IN THE ELEVENTH JUDICIAL CIRCUIT, ST CHARLES COUNTY, MISSOURI**

| Judge or Division:<br>JON A. CUNNINGHAM | Case Number:<br>1611-CC00848 |
|---|---|
| Plaintiff:<br>SUZANNE DEGNEN DMD, P.C. d/b/a<br>SUNSET TOWER FAMILY DENTISTRY | Defendant:<br>DENTIS USA CORPORATION<br>d/b/a Dentis USA |
| | (Date File Stamp) |

## REQUEST FOR APPOINTMENT OF SPECIAL PROCESS SERVER

Comes now ___Plaintiff___, pursuant to Local Court Rule 4.2.1 and at his/her/its own risk, requests the appointment of:

Angel Lezama, AGGRESSIVE LEGAL SERVICES, INC., 4110 Truxel Rd, Ste. 150, Sacramento, CA 95834

877-925-7462

Name of Process Server      Address      Telephone

Name of Process Server      Address      Telephone

a person(s) of lawful age to serve the summons and petition in this cause on the below named parties. This appointment as special process server does not include the authorization to carry a concealed weapon in the performance thereof.

**SERVE:**                **SERVE:**

DENTIS USA CORPORATION d/b/a Dentis USA

Name                              Name

Kichul Sim, Registered Agent

Address   6 Centerpointe Dr., Ste. 600           Address
         La Palma, CA 90623

City/State/Zip                    City/State/Zip

**Appointed as requested:**

**Judy Zerr, Circuit Clerk**

**By** _____     **Date** _____
        Deputy Clerk

CIV030



# IN THE 11TH JUDICIAL CIRCUIT COURT, ST. CHARLES COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>JON A. CUNNINGHAM | Case Number:  1611-CC00848 |
| Plaintiff/Petitioner:<br>SUZANNE DEGNEN DMD PC<br>DBA:   SUNSET TOWER FAMILY DENTISTRY<br><div align="right">vs.</div> | Plaintiff's/Petitioner's Attorney/Address:<br>RONALD JAY EISENBERG<br>640 CEPI DRIVE SUITE A<br>CHESTERFIELD, MO  63005 |
| Defendant/Respondent:<br>DENTIS USA CORPORATION<br>DBA:   DENTIS USA | Court Address:<br>300 N 2nd STREET<br>SAINT CHARLES, MO  63301 |
| Nature of Suit:<br>CC Injunction | |
| | <div align="right">(Date File Stamp)</div> |

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

The State of Missouri to:   DENTIS USA CORPORATION
<div align="center">Alias:</div>
<div align="center">DBA:  DENTIS USA</div>

**KICHUL SIM, REG. AGENT**
**6 CENTERPOINTE DR., STE. 600**
**LA PALMA, CA  90623**



*COURT SEAL OF*

*ST. CHARLES COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the Plaintiff/Petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service.  If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

| December 8, 2016 | /S/JUDY ZERR |
|---|---|
| Date | Clerk |

Further Information:

### Officer's or Server's Affidavit of Service

I certify that:
1.   I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2.   My official title is _____ of _____ County, _____ (state).
3.   I have served the above summons by:  (check one)
   ☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
   ☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____, a person of the Defendant's/Respondent's family over the age of 15 years.
   ☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
   _____ (name) _____ (title).
   ☐ other (describe) _____.

Served at _____ (address)
in _____ County, _____ (state), on _____ (date) at _____ (time).

_____          _____
Printed Name of Sheriff or Server                              Signature of Sheriff or Server

**Subscribed and Sworn To** me before this _____ (day) _____ (month) _____ (year)
I am: (check one)   ☐ the clerk of the court of which affiant is an officer.
☐ the judge of the court of which affiant is an officer.
☐ authorized to administer oaths in the state in which the affiant served the above summons.
   (use for out-of-state officer)
☐ authorized to administer oaths.  (use for court-appointed server)

*(Seal)*

_____
Signature and Title

| **Service Fees, if applicable** | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Mileage | $_____  (_____miles @ $ _____ per mile) |
| **Total** | **$_____** |

**See the following page for directions to clerk and to officer making return on service of summons.**

**Directions to Clerk**

Personal service outside the State of Missouri is permitted only upon certain conditions set forth in Rule 54. The clerk should insert in the summons the names of only the Defendant/Respondent or Defendants/Respondents who are to be personally served by the officer to whom the summons is delivered. The summons should be signed by the clerk or deputy clerk under the seal of the court and a copy of the summons and a copy of the petition for each Defendant/Respondent should be mailed along with the original summons to the officer who is to make service. The copy of the summons may be a carbon or other copy and should be signed and sealed in the same manner as the original but it is unnecessary to certify that the copy is a true copy. The copy of the motion may be a carbon or other copy and should be securely attached to the copy of the summons but need not be certified a true copy. If the Plaintiff's/Petitioner has no attorney, the Plaintiff's/Petitioner's address and telephone number should be stated in the appropriate square on the summons. This form is not for use in attachment actions. (See Rule 54.06, 54.07 and 54.14)

**Directions to Officer Making Return on Service of Summons**

A copy of the summons and a copy of the motion must be served on each Defendant/Respondent. If any Defendant/Respondent refuses to receive the copy of the summons and motion when offered, the return shall be prepared accordingly so as to show the offer of the officer to deliver the summons and motion and the Defendant's/Respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and motion to the individual personally or by leaving a copy of the summons and motion at the individual's dwelling house or usual place of abode with some person of the family over 15 years of age, or by delivering a copy of the summons and petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and motion to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and motion to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the Defendant/Respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. Upon a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory of the United States. If served in a territory, substitute the word "territory" for the word "state."

The office making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must not be made less than ten days nor more than 30 days from the date the Defendant/Respondent is to appear in court. The return should be made promptly and in any event so that it will reach the Missouri Court within 30 days after service.



**IN THE ELEVENTH JUDICIAL CIRCUIT, ST CHARLES COUNTY, MISSOURI**

| Judge or Division:<br>    JON A. CUNNINGHAM | Case Number:<br>    1611-CC00848 |
|---|---|
| Plaintiff:<br>  SUZANNE DEGNEN DMD, P.C. d/b/a<br>  SUNSET TOWER FAMILY DENTISTRY | Defendant:<br>  DENTIS USA CORPORATION<br>  d/b/a Dentis USA<br><br>(Date File Stamp) |

## REQUEST FOR APPOINTMENT OF SPECIAL PROCESS SERVER

Comes now __Plaintiff_____, pursuant to Local Court Rule 4.2.1 and at

his/her/its own risk, requests the appointment of:

__Angel Lezama, AGGRESSIVE LEGAL SERVICES, INC., 4110 Truxel Rd, Ste. 150, Sacramento, CA 95834__

|  |  | 877-925-7462 |
|---|---|---|
| Name of Process Server | Address | Telephone |

|  |  |  |
|---|---|---|
| Name of Process Server | Address | Telephone |

a person(s) of lawful age to serve the summons and petition in this cause on the below named parties.

This appointment as special process server does not include the authorization to carry a concealed

weapon in the performance thereof.

| **SERVE:** | **SERVE:** |
|---|---|
| __DENTIS USA CORPORATION d/b/a Dentis USA__ | _____ |
| Name<br>    Kichul Sim, Registered Agent | Name<br>    _____ |
| Address  6 Centerpointe Dr., Ste. 600<br>    La Palma, CA 90623 | Address<br>    _____ |
| City/State/Zip | City/State/Zip |

ALL RISKS TO PLAINTIFF

SO APPOINTED:

DATE:___DEC 0 8 2016_____

_by_ _Carol Furgiano_

JUDY ZERR, CIRCUIT CLERK

**Appointed as requested:**

**Judy Zerr, Circuit Clerk**

By _____
                Deputy Clerk

Date _____

CIV030



# IN THE 11TH JUDICIAL CIRCUIT COURT, ST. CHARLES COUNTY, MISSOURI

| Judge or Division:<br>JON A. CUNNINGHAM | Case Number: 1611-CC00848 |
|---|---|
| Plaintiff/Petitioner:<br>SUZANNE DEGNEN DMD PC<br>DBA: SUNSET TOWER FAMILY DENTISTRY<br>vs. | Plaintiff's/Petitioner's Attorney/Address:<br>RONALD JAY EISENBERG<br>640 CEPI DRIVE SUITE A<br>CHESTERFIELD, MO 63005 |
| Defendant/Respondent:<br>DENTIS USA CORPORATION<br>DBA: DENTIS USA | Court Address:<br>300 N 2nd STREET<br>SAINT CHARLES, MO 63301 |
| Nature of Suit:<br>CC Injunction | (Date File Stamp) |

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

The State of Missouri to: **DENTIS USA CORPORATION**
Alias:
**DBA: DENTIS USA**
KICHUL SIM, REG. AGENT
6 CENTERPOINTE DR., STE. 600
LA PALMA, CA 90623

**COURT SEAL OF**

**ST. CHARLES COUNTY**

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the Plaintiff/Petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

December 8, 2016        /S/JUDY ZIERR
Date                            Clerk

Further Information:

### Officer's or Server's Affidavit of Service

I certify that:
1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is __Process server__ of __Sacramento__ County, __California__ (state).
3. I have served the above summons by: (check one)
   ☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
   ☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with ___, a person of the Defendant's/Respondent's family over the age of 15 years.
   ☒ (for service on a corporation) delivering a copy of the summons and a copy of the petition to __Sun Kim__ (name) __Marketing Rep.__ (title).
   ☐ other (describe)

Served at __6 Centerpointe Drive, Ste #600, La Palma__ (address)
in __Orange__ County, __California__ (state), on __12/27/2016__ at __12:35PM__ (time).

__Angelica Lezama__
Printed Name of Sheriff or Server                    Signature of Sheriff or Server

Subscribed and Sworn To me before this __29th__ (day) __December__ (month) __2016__ (year)


O. GONZALEZ
COMM. # 2138939
NOTARY PUBLIC - CALIFORNIA
SACRAMENTO COUNTY
COMM. EXPIRES JAN. 29, 2020

am: (check one)
☐ the clerk of the court of which affiant is an officer.
☐ the judge of the court of which affiant is an officer.
☒ authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
☐ authorized to administer oaths (use for court-appointed server)

_____, Notary Public
(Signature and Title)

| Service Fees, if applicable | |
|---|---|
| Summons | $ 75.00 |
| Non Est | $ |
| Mileage | $ ( ___ miles @ $ ___ per mile) |
| Total | $ 75.00 |

See the following page for directions to clerk and to officer making return on service of summons.

Electronically Filed - St Charles Circuit Div - January 08, 2017 - 04:29 PM



# IN THE 11TH JUDICIAL CIRCUIT COURT, ST. CHARLES COUNTY, MISSOURI

| Judge or Division:<br>JON A. CUNNINGHAM | Case Number: 1611-CC00848 |
|---|---|
| Plaintiff/Petitioner:<br><br>SUZANNE DEGNEN DMD PC<br>DBA: SUNSET TOWER FAMILY DENTISTRY<br><div align="right">vs.</div> | Plaintiff's/Petitioner's Attorney/Address:<br>RONALD JAY EISENBERG<br>640 CEPI DRIVE SUITE A<br>CHESTERFIELD, MO 63005 |
| Defendant/Respondent:<br><br>DENTIS USA CORPORATION<br>DBA: DENTIS USA | Court Address:<br>300 N 2nd STREET<br>SAINT CHARLES, MO 63301 |
| Nature of Suit:<br><br>CC Injunction | <div align="right">(Date File Stamp)</div> |

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

The State of Missouri to: **DENTIS USA CORPORATION**
    Alias:
        **DBA: DENTIS USA**
**KICHUL SIM, REG. AGENT**
**6 CENTERPOINTE DR., STE. 600**
**LA PALMA, CA 90623**

**COURT SEAL OF**

**ST. CHARLES COUNTY**

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the Plaintiff/Petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

December 8, 2016                    /S/JUDY ZERR
    Date                          Clerk

Further Information:

### Officer's or Server's Affidavit of Service

I certify that:
1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is _Process server_ of _Sacramento_ County, _California_ (state).
3. I have served the above summons by: (check one)
   - ☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
   - ☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____, a person of the Defendant's/Respondent's family over the age of 15 years.
   - ☒ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _Sun Kim_ (name) _Marketing Rep._ (title).
   - ☐ other (describe): _____

Served at _6 Centerpointe Drive, Ste #600, La Palma_ (address)
in _Orange_ County, _California_ (state), on _12/27/2016_ (date) at _12:35PM_ (time).

_Angelica Lezama_
Printed Name of Sheriff or Server                    Signature of Sheriff or Server

Subscribed and Sworn To me before this _29th_ (day) _December_ (month) _2016_ (year)
I am: (check one)
- ☐ the clerk of the court of which affiant is an officer.
- ☐ the judge of the court of which affiant is an officer.
- ☒ authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
- ☐ authorized to administer oaths. (use for court-appointed server)

O. GONZALEZ
COMM. # 2138939
NOTARY PUBLIC - CALIFORNIA
SACRAMENTO COUNTY
COMM. EXPIRES JAN. 29, 2020

_____, Notary Public
(Signature and Title)

**Service Fees, if applicable**
| | | |
|---|---|---|
| Summons | $ 75.00 | |
| Non Est | $ | |
| Mileage | $ | (_____ miles @ $ _____ per mile) |
| Total | $ 75.00 | |

See the following page for directions to clerk and to officer making return on service of summons.